[No. 15036-1-II.   Division Two.   May 18, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS
KEITH LALANDER, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 91-1-00037-8, Gary W. Velie, J., entered May 31, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, C.J., and Alexander, J.

[No. 13720-8-II.   Division Two.   May 18, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
PATRICK DOLAN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 65998, Joel M. Penoyar, J., entered March 15, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, A.C.J., and Seinfeld, J.

[No. 13600-7-II.   Division Two.   May 19, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN F.
CHARLES, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 88-1-00042-4, Gary W. Velie, J., entered January 12, 1990. *Reversed* by unpublished opinion per Petrich, C.J., concurred in by Alexander and Morgan, JJ.